# Court of Appeals
# of the State of Georgia

ATLANTA,  April 09, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1573.  VICTOR CALLAHAN v. THE STATE.**

Victor Callahan was convicted of kidnapping, armed robbery, and hijacking a motor vehicle, and this Court affirmed his convictions on appeal. *Callahan v. State*, 250 Ga. App. 193 (550 SE2d 757) (2001).  Callahan subsequently filed a pro se motion alleging that his judgment of conviction is void because he was indicted, and then reindicted, in two different terms of court by the same grand jurors.  The trial court denied the motion, and Callahan filed this appeal.

As the Supreme Court has made clear, a post-conviction motion seeking to vacate an allegedly void criminal conviction is not one of the established procedures for challenging the validity of a judgment in a criminal case, and an appeal from the trial court's ruling on such a petition should be dismissed.  See *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010).  Here, Callahan's motion asserted that due to alleged issues with his indictment and grand jury proceedings, his convictions should be vacated.  This is not a valid procedure for challenging the judgment in his criminal case.  Accordingly, Callahan's appeal from the denial of his motion is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  04/09/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.